

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00327-CR

Shelton Ray **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2186
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 2, 2014.

_____
Patricia O. Alvarez, Justice